IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00413-PSF-MJW

MARK VINCENT BUCKLEY,

    Plaintiff,

v.

C. HARDING, and
D. FELKER,

    Defendants.

## ORDER SETTING CASE FOR TRIAL

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The above-captioned matter has been scheduled for a **three-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, October 22, 2007 at 9:00 a.m.**

    A Final Trial Preparation Conference is set for **Friday, October 5, 2007 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person .**

    DATED:  July 10, 2007