IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00413-PSF-MJW

MARK VINCENT BUCKLEY,

    Plaintiff,

v.

C. HARDING, and
D. FELKER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiff's Motion for Leave to File Instanter Exhibit 5 to His Supplemental Response to Defendants' Motion to Dismiss (Dkt. # 45) is GRANTED.  It is hereby

    ORDERED that the complete Exhibit 5 *Instanter* (Dkt. # 45-2) attached to the motion is accepted as filed.

DATED:  August 1, 2007