IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00413-PSF-MJW

MARK VINCENT BUCKLEY,

    Plaintiff,

v.

C. HARDING, and
D. FELKER,

    Defendants.

## MINUTE ORDER DENYING MOTION FOR NON-COMPLIANCE WITH LOCAL RULE

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

Plaintiff's Motion for Leave to File Instanter His Surreply Memorandum in Opposition to the motion to Dismiss (Dkt. #51) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A, which states:

> **Duty to Confer.** The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

DATED: August 6, 2007