IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00413-PSF-MJW

MARK VINCENT BUCKLEY,

    Plaintiff,

v.

C. HARDING, and
D. FELKER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiff's Renewed and Unopposed Motion for Leave to File Surreply Memorandum (Dkt. # 53) is GRANTED. The Court hereby ORDERS that the Plaintiff's Surreply Memorandum In Opposition to the Motion to Dismiss (Dkt. # 51-2), attached to Plaintiff's first Motion for Leave to File (Dkt. # 51), is accepted as filed.

DATED:  August 8, 2007