IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00413-PSF-MJW

MARK VINCENT BUCKLEY,

Plaintiff(s),

v.

C. HARDING, et al.,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion for Leave to File His Amended Complaint (docket no. 57) is GRANTED finding good cause shown. The Amended Complaint (docket no. 57-2) is accepted for filing as of the date of this order.

Date: August 20, 2007