IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00413-PSF-MJW

MARK VINCENT BUCKLEY,

    Plaintiff,

v.

C. HARDING,
D. FELKER, and
UNITED STATES OF AMERICA,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal (Dkt. # 61) filed by the parties, it is hereby ORDERED, ADJUDGED AND DECREED that this action is DISMISSED WITH PREJUDICE, each party to pay that party's own costs and attorney's fees.  The Court, as needed, shall retain jurisdiction of this matter solely for the purpose of effecting compliance with the settlement terms, if necessary.

    DATED:  August 24, 2007

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge